### MITCHEL & AL. vs. WHITE & AL.

APPEAL from the court of the parish and city of New-Orleans.

MARTIN, J. delivered the opinion of the court. The petition states that the plaintiffs, as

When there is neither statement of facts, bill of exceptions, &c. the judgment is never disturbed, if any duly admitted evidence would support it.

Eastern Dist
*January* 1828

MITCHEL &
AL.
*vs.*
HIRIART.

attorney at law, clerk and notary were employ-
ed by the defendants, White and Gainie, syn-
dics of the creditors of the defendant, L'Eig-
lise, in affairs relating to the insolvents estate,
in their professional capacities, and their res-
pective compnsaetions, to which they thereby
severally entitled, are unpaid; that White and
Gaienie, after receiving the proeeeds of the es-
tate surrendered—resigned their syndicships,
and L'Eglise was appointed sole syndic of his
creditors.  That neither White, Gaienie or
L'Eglise ever presented a tableau—the prayer
is that they be cited to answer the petition,
present a tableau, placing them the plaintiffs for
their respective claims, or that judgment be gi-
ven against them therefor.

L'Eglise pleaded the general issue and want
of funds.

White neglected to answer, and judgment
by default was taken against him.

Gainie pleaded that the plaintiffs could not
cumulate their claims in a joint suit.

The plaintiffs were nonsuited and they ap-
pealed.

There is no statement of facts, no bill of ex-
ceptions, &c. so that the appellants rely on er-
ror apparent on the face of the record.

In such a case the judgment appealed from is never disturbed, if any evidence introduced might support it, or if the pleadings justify it.

Eastern Dist
*January* 1828

MITCHEL & AL.
*vs.*
WHITE & AL.

As to the defendants Gainie and White, the petition admits they are no longer syndics, and that there is a new syndic duly appointed in their stead. If so, to this syndic they have, or are bound to account for that part of the insolvent's estate which came to their hands, and are not suable by individual creditors.

As to the defendant L'Eglise, he has pleaded the general issue, and the plaintiffs do not appear to have introduced any evidence.

In this state of the case, the plaintiffs were correctly nonsuited, and it is useless for us to give any opinion on the grounds taken by the inferior judge.

It is therefore ordered, adjudged and decreed, that the judgment of the parish court be affirmed with costs.